NATHAN B. FOGELSON et al., on Behalf of Themselves and Others Similarly Situated, Respondents, *v.* RACKFAY CONSTRUCTION Co., INC., et al., Appellants.

Submitted May 15, 1950; decided May 18, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 334.]